*Gullie B. Goldin* and *William A. Nunlist* for appellants.

*John F. Dooling, Jr.,* and *John C. Hover* for Gerald F. Beal and others, as executors and trustees, respondents.

*Americus Delli-Paoli,* special guardian for Prentiss N. Robinson and another, infants, and others, respondents.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

LOUIS SCHEFFLIN, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Submitted January 11, 1944; decided February 24, 1944.

*Alexander H. Rockmore* for appellant.

*C. Elmer Spedick* and *Arthur L. Reuter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CON-WAY, DESMOND and THACHER, JJ.